**Appeal Dismissed and Memorandum Opinion filed May 7, 2020.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-19-00665-CV

---

### KIM  D. RICHARDSON, Appellant

### V.

### JOYCE  POWELL, Appellee

---

**On Appeal from County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Cause No. 1138053**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed August 19, 2019. On March 3, 2020, appellant filed a brief that did not comply with Texas Rule of Appellate Procedure Rule 38.1. On Mach 12, 2020, we struck appellant's brief and ordered him to file a brief that complies with Rule 38.1 or seek an extension of time to file such a brief by April 13, 2020. We cautioned appellant that if he failed to comply with our order, we might dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1).

No brief or motion to extend time has been filed. Accordingly, we dismiss the appeal for want of prosecution.

PER CURIAM

Panel consists of Justices Wise, Jewell, and Poissant.